Certificate Number: 05781-CAC-DE-023303340

Bankruptcy Case Number: 14-15124



05781-CAC-DE-023303340

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 30, 2014, at 1:01 o'clock AM PDT, Cheryl Del Rio completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  April 30, 2014                By:   /s/Allison M Geving

                                     Name: Allison M Geving

                                     Title: President