UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page 1

| | | |
|---|---|---|
| JOSEPH R. MANNING JR.<br>THE MANNING LAW OFFICE APC<br>4667 MACARTHUR BLVD., STE. 150<br>NEWPORT BEACH,CA 92660- | Date 08/15/2014<br><br>Case Number 2:14-bk-15124-VZ<br><br>Bar Date 07/28/2014 | DEL-RIO, CHERYL ANN<br><br>8529 BOYNE STREET<br>DOWNEY CA 90242 |

## NOTICE OF INTENT TO PAY CLAIMS

Notice is hereby given to the debtor and counsel, if any, that the Trustee will pay the claims listed below. Any questions regarding this notice should be directed to the Trustee in writing at 700 South Flower Street, Suite 1215, Los Angeles, CA 90017.

| | Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|---|
| 401-0 | 1ST FINANCIAL BANK<br>C/O CREDITORS BANKRUPTCY SVCS.<br>P.O. BOX 740933<br>DALLAS,TX 75374- | 04/07/2014 | 76.00 | 149.61 | 10.00 | Unsec |
| 402-0 | ECMC<br>LOCKBOX 8682<br>P.O. BOX 16478<br>SAINT PAUL,MN 55116-0478 | 04/18/2014 | 9,662.00 | 9,881.20 | 10.00 | Unsec |
| 403-0 | TOTAL DEBT MANAGEMENT<br>P.O. BOX 2402<br>COLUMBUS,OH 31902-2402 | 05/21/2014 | 103,811.00 | 50,973.53 | 10.00 | Unsec |
| 404-0 | TOTAL DEBT MANAGEMENT<br>P.O. BOX 2402<br>COLUMBUS,OH 31902-2402 | 05/21/2014 | 0.00 | 26,448.08 | 10.00 | Unsec |

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page   2

In RE:    DEL-RIO, CHERYL ANN                              Case Number    2:14-bk-15124-VZ       8/15/2014

| | Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|---|
| 405-0 | TOTAL DEBT MANAGEMENT<br>P.O. BOX 2402<br>COLUMBUS,OH 31902-2402 | 05/21/2014 | 0.00 | 31,515.44 | 10.00 | Unsec |
| 406-0 | CERASTES, LLC<br>C/O WEINSTEIN, PINSON AND RILEY<br>P.O. BOX 3978<br>SEATTLE,WA 98124-3978 | 07/25/2014 | 145.00 | 482.31 | 10.00 | Unsec |
| 407-0 | CHASE<br>P.O. BOX 7013<br>INDIANAPOLIS,IN 46207- | | 16,388.00 | 0.00 | 10.00 | Unsec<br>Not Filed |
| 408-0 | NCO FINANCIAL SYSTEMS, INC<br>PO BOX 17118<br>WILMINGTON,DE 19850- | | 187.86 | 0.00 | 10.00 | Unsec<br>Not Filed |
| 409-0 | NCO FINANCIAL SYSTEMS, INC<br>PO BOX 17118<br>WILMINGTON,DE 19850- | | 447.29 | 0.00 | 10.00 | Unsec<br>Not Filed |
| 666-0 | JOSEPH R. MANNING JR.<br>THE MANNING LAW OFFICE APC<br>4667 MACARTHUR BLVD., STE. 150<br>NEWPORT BEACH,CA 92660- | 03/18/2014 | 3,500.00 | 3,500.00 | | Legal |
| TRS-0 | NANCY CURRY, TRUSTEE | | 0.00 | 446.76 | | Trustee |

| | Secured | Priority | Unsecured | Admin | Atty | Other |
|---|---|---|---|---|---|---|
| Debt To Be Paid | 0.00 | 0.00 | 11,945.01 | 446.76 | 2,500.00 | 0.00 |

Total To Be Paid            14,891.77

/s/ Nancy Curry, Trustee

Continued on Next Page

## PROOF OF SERVICE

I declare that I am a citizen of the United States, over the age of 18 years and not a party of the within action; That I am employed by NANCY CURRY, CHAPTER 13 STANDING TRUSTEE and that on 8/15/2014 I served the within NOTICE OF INTENT TO PAY CLAIMS on:   Debtor and                         Debtors attorney.
by first class mail with postage fully prepaid thereon.

| | |
|---|---|
| DEL-RIO, CHERYL ANN | JOSEPH R. MANNING JR. |
| | THE MANNING LAW OFFICE APC |
| 8529 BOYNE STREET | 4667 MACARTHUR BLVD., STE. 150 |
| DOWNEY CA 90242 | NEWPORT BEACH CA 92660- |

Executed at Los Angeles, California on 8/15/2014

/s/ Elizet Cash-Shelton